# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JARRETT COLEMAN,

             Respondent

        v.

PARKLAND SCHOOL DISTRICT,

             Petitioner

: No. 644 MAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of May, 2024, the Petition for Allowance of Appeal is

**GRANTED**.  The issue, as stated by petitioner, is:

> Did the Commonwealth Court err as a matter of law in finding that Section 712.1 of the Pennsylvania Sunshine Act only provides three (3) exceptions to the requirement that an agency provide 24 hours' notice of an agenda prior to a public meeting, when the clear language of the statute provides for four (4) exceptions?